IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DF INSTITUTE, LLC
d/b/a KAPLAN PROFESSIONAL,

    Plaintiff,

v.                                              Case No. 19-cv-452

DALTON EDUCATION, LLC, ALLISON
STEERS, AND CYNDEE REDFEARN,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jeffrey S. Dunlap, Rachael L. Rodman and Halden R. Schwallie withdraw their appearances on behalf of Plaintiff DF Institute LLC d/b/a Kaplan Professional in this matter. Plaintiff will continue to be represented by attorneys from Godfrey & Kahn, S.C. and Barack Ferrazzano Kirschbaum & Nagelberg LLP.

Date: April 6, 2020.

                                              ULMER & BERNE LLP

                                              *s/*     *Rachael L. Rodman*
                                              Jeffrey S. Dunlap *(admitted pro hac vice)*
                                              Halden R. Schwallie *(admitted pro hac vice)*
                                              ULMER & BERNE LLP
                                              1660 West 2nd Street, Suite 1100
                                              Cleveland, OH  44113-1406
                                              Telephone:  (216) 583-7000
                                              jdunlap@ulmer.com
                                              hschwallie@ulmer.com

                                              Rachael L. Rodman *(admitted pro hac vice)*
                                              ULMER & BERNE LLP
                                              65 E. State Street, Suite 1100
                                              Columbus, OH  43215
                                              Telephone:  (614) 229-0038
                                              rrodman@ulmer.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on April 6, 2020 via the Court's CM/ECF system, which will electronically serve all counsel of record.

<u>s/     *Rachael L. Rodman*</u>
Rachael L. Rodman *(admitted pro hac vice)*
